UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00344-MO |
| v. | **INFORMATION** |
| **NORMA JEAN ENGEMAN,** | 18 U.S.C. § 641 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between on or about December 1, 2012, and continuing through on or about April 30, 2023, in the District of Oregon, defendant NORMA JEAN ENGEMAN did knowingly and willfully steal and convert to his own use or the use of another, money of the United States Social Security Administration, a department and agency of the United States, to wit: by receiving Title II Retirement and Survivor's Insurance benefits payments in an approximate amount of $126,650.90, based on fraudulent representations and concealments;

/ / / / /


/ / / / /


/ / / / /

**Information** **Page 1**

All in violation of Title 18, United States Code, Sections 641.

Dated: October 19, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Rachel Sowray_____
RACHEL SOWRAY, OSB #095159
Special Assistant United States Attorney